IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

95-30246
_____

DONALD P. PEIFER,

Plaintiff-Appellant,

versus

BELLSOUTH TELECOMMUNICATIONS, INC.,
and BELLSOUTH TELECOMMUNICATIONS, INC.,
THE SICKNESS & ACCIDENT DISABILITY
BENEFIT PLAN,

Defendants-Appellees.

_____

Appeal from the United States District Court
for the Eastern District of Louisiana
(94-CV-2888-R)
_____

December 8, 1995

Before JOLLY, DUHÉ and WIENER, Circuit Judges

PER CURIAM:[*]

Plaintiff-Appellant Donald P. Peifer appeals the district court's grant of summary judgment in favor of Defendants-Appellees based on a determination that they had correctly interpreted the subject employee benefit plans and had not abused their discretion in discontinuing total disability payments to Peifer. We have

_____

[*]Local Rule 47.5 provides: "The publication of opinions that have no precedential value and merely decide particular cases on the basis of well-settled principles of law imposes needless expense on the public and burdens on the legal profession." Pursuant to that Rule, the court has determined that this opinion should not be published.

reviewed de novo the facts of this case in light of the legal arguments proffered by able counsel for the parties, both in their briefs and in their oral argument to this court, and are satisfied from our review that the district court's grant of summary judgment should be, and therefore is,

AFFIRMED.